ANN ADAIR, Executrix, etc. et al., Respondents, *v.* ROBERT ADAIR et al., Appellants.

(Submitted June 11, 1878; decided November 12, 1878.)

*Blair & Rudd* for appellants.

*D. P. Barnard* for respondents.

*Per Curiam* memorandum for affirmance on the facts.
All concur, except FOLGER, J., dissenting.
Order affirmed.